IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 21SRL,<br><br>Plaintiff,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br><br>Defendant. | Case No. 1:11-cv-07151<br><br>Judge Robert W. Gettleman<br>Magistrate-Judge Arlander Keys |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

It has been represented to the Court that Plaintiff 21 srl and Defendant ULTA Salon, Cosmetics & Fragrance, Inc. have entered into a License and Settlement Agreement ("Agreement") and have agreed to a compromise and settlement of this Civil Action and all claims, defenses and counterclaims that were or could have been brought in this Civil Action.

WHEREFORE, with the consent of the above-identified parties, through their undersigned attorneys, and with the approval of this Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Court has jurisdiction over the parties to the Agreement and the subject matter of this action.

2. All claims, defenses and/or counterclaims that were or could have been made between Plaintiff and Defendant in this Civil Action are hereby dismissed with prejudice.

3. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

SO ORDERED: April 11, 2012

_____
Hon. Robert W. Gettleman
United States District Judge